1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TARA I. ALLEN, Bar #235549
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MICHEAL PETERS

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,        )  Cr. No. S-06-0373-GGH
12                                   )
                     Plaintiff,      )  STIPULATION AND ORDER
13                                   )
          v.                         )  Date:  November 13, 2006
14                                   )  Time:  9:00 a.m.
   MICHEAL PETERS,                   )  Judge: Gregory G. Hollows
15                                   )
                     Defendant.      )
16                                   )
   _____   )
17

18       The United States of America, through MATTHEW C. STEGMAN,

19  Assistant United States Attorney, together with defendant, MICHEAL

20  PETERS, by and through his counsel TARA I. ALLEN of the Federal

21  Defenders Office, stipulate that the trial confirmation hearing set for

22  October 30, 2006 and the jury trial set for November 13, 2006 be

23  vacated and a status conference be set for November 13, 2006 at 9:00

24  a.m.

25       The parties agree that the Court should exclude time under the

26  Speedy Trial Act from the date of this order through the date of the

27  status conference set for November 13, 2006 at 9:00 a.m. pursuant to 18

28  U.S.C. § 3161 (h)(8)(B)(iv) for reasonable time to

1    prepare and Local Code T4.

2    Dated: October 26, 2006

3                                        Respectfully submitted,

4
                                         DANIEL J. BRODERICK
5                                        Federal Defender

6                                        /s/ Tara I. Allen
7    _____
     TARA I. ALLEN
     Staff Attorney
8    Attorney for Defendant
     MICHEAL PETERS
9

10
     Dated:  October 26, 2006           MCGREGOR W. SCOTT
11                                       United States Attorney

12                                       /s/ Carolyn Delaney for
13   _____
     MATTHEW STEGMAN
     Assistant U.S. Attorney
14
                                **O R D E R**
15

16       FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice

17   served by granting this continuance outweigh the best interest of the

18   public and the defendant in a speedy trial.  Time is excluded under

19   Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 from the date of

20   this Order to the status conference date of November 13, 2006.

21       IT IS SO ORDERED.

22   IT IS SO ORDERED.

23   Dated:10/31/06
                                         /s/ Gregory G. Hollows
24   _____
     GREGORY G. HOLLOWS
25   United States Magistrate Court
     peters.ord
26

27

28

                                    2